**Order filed, September 17, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00680-CV
_____

**JERRY  JEROME  COLBURN, Appellant**

**V.**

**EVELYN COLBURN, Appellee**

---

**On Appeal from the County Court at Law
Austin County, Texas
Trial Court Cause No. 2012L-5672**

---

## ORDER

The reporter's record in this case was due **August 26, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Marsha Burrus**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM